## JESSIE LEWIS v. CARL W. OLSON.[1]

December 3, 1920.

No. 22,015.

**Damages not excessive.**

Action for personal injury caused by defendant's negligent operation of his automobile. Verdict for plaintiff for $2,000. *Held*: The evidence as to the nature and character of the injuries presented a fair question of fact, and the award must stand since the trial court has approved it. [Reporter.]

Action in the district court for Hennepin county to recover $5,000 for injuries caused by the negligent driving of defendant's automobile. The case was tried before Molyneaux, J., and a jury which returned a verdict for $2,000. From an order denying his motion for a new trial, defendant appealed. Affirmed.

[1]Reported in 180 N. W. 775.

*George T. Simpson, John F. Dahl* and *Eugene S. Bibb*, for appellant.
*Brady, Robertson & Bonner*, for respondent.

PER CURIAM.

Action for personal injuries alleged to have been suffered by reason of the negligence of defendant in the operation of his automobile, whereby it collided with one in which plaintiff was a passenger, at a street intersection in the city of Minneapolis. The record presents no reversible error, the evidence supports the verdict of negligence, and the damages are not so excessive as to justify interference by this court. The evidence as to the nature and character of the injuries presented a fair question of fact, and since the trial court has approved the amount of the award it must stand.

Order affirmed.